# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ozerden, Halil S. | U.S. District Court, Southern Dist. of Mississippi | 05/04/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge--Active | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

2012 15th Street, Suite 714
Gulfport, MS 39501

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Executor | Family Member |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ozerden, Halil S. | 05/04/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Dukes, Dukes, Keating & Faneca--Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ozerden, Halil S.** | 05/04/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. BancorpSouth Bank | First Mortgage on Rental Property #1, Gulfport, MS | None |
| 2. BancorpSouth Bank | Second Mortgage on Rental Property #1, Gulfport, MS | None |
| 3. ACS | Law School Student Loan | K |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ozerden, Halil S. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BancorpSouth Bank, bank accounts | A | Interest | J | T | | | | | |
| 2. BancorpSouth Bank, bank account | A | Interest | K | T | | | | | |
| 3. Mississippi Affordable College Savings Trust #1-Age/Risk Opt | A | Dividend | K | T | | | | | |
| 4. Mississippi Affordable College Savings Trust #2-Age/Risk Opt | A | Dividend | K | T | | | | | |
| 5. Mississippi Affordable College Savings Trust #3-Age/Risk Opt | A | Dividend | K | T | | | | | |
| 6. Mississippi Affordable College Savings Trust #4-Age/Risk Opt | A | Dividend | J | T | | | | | |
| 7. Mississippi Affordable College Savings Trust #5-Age/Risk Opt | A | Dividend | J | T | | | | | |
| 8. IRA #1 (H) | | | | | | | | | |
| 9. --Southern Co. Common Stock | A | Dividend | J | T | | | | | |
| 10. --Munder/Victory MidCap Core Growth Mut Fund | A | Dividend | J | T | | | | | |
| 11. --Arrow DWA Balanced Fund | A | Dividend | J | T | | | | | |
| 12. --American Funds Target Fund | A | Dividend | J | T | | | | | |
| 13. --Am Cap Fund | A | Dividend | J | T | | | | | |
| 14. --DWS Total Return Bond Fund (exchange with DWS/Deutsche Income Fund) | A | Dividend | J | T | | | | | |
| 15. --Growth Fund of America | A | Dividend | J | T | | | | | |
| 16. --John Hancock Inv. Grade Bond Fund | A | Dividend | J | T | | | | | |
| 17. --Washington Mutual Inv. Fund | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ozerden, Halil S. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. --John Hancock Blue Chip Growth | A | Dividend | J | T | | | | | |
| 19. Rental Property #1, Gulfport, MS (2012) | D | Rent | | | Sold | 05/15/19 | M | | |
| 20. Brokerage Acct #1(H) | | | | | | | | | |
| 21. --Washington Mutual Inv. Fund | A | Dividend | J | T | | | | | |
| 22. --Growth Fund of America | A | Dividend | J | T | | | | | |
| 23. Brokerage Acct #2(H) | | | | | | | | | |
| 24. --American Funds Balanced | A | Dividend | J | T | | | | | |
| 25. --Am Cap Fund | A | Dividend | J | T | | | | | |
| 26. Brokerage Acct #3(H) | | | | | | | | | |
| 27. --Stifel Nicolaus Money Market Account | A | Interest | K | T | | | | | |
| 28. --New York Cmty Bank, NY CD | A | Interest | | | Redeemed | 02/28/19 | K | | |
| 29. --Flagstar Bank, MI CD | A | Interest | | | Buy | 02/28/19 | K | | |
| 30. | | | | | Redeemed | 09/16/19 | K | | |
| 31. --Bar Harbor B&T, ME CD | A | Interest | K | T | Buy | 09/17/19 | K | | |
| 32. -- Walt Disney Co. Common Stock | A | Dividend | J | T | | | | | |
| 33. --Microsoft Corp. Common Stock | A | Dividend | K | T | | | | | |
| 34. --Ishares US Healthcare ETF | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ozerden, Halil S. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  --SPDR S&P 500 ETF | A | Dividend | J | T | | | | | |
| 36.  Beneficiary IRA #1 (H) | | | | | | | | | |
| 37.  --American Balanced Fund | A | Dividend | J | T | | | | | |
| 38.  --EuroPacific Growth Fund | A | Dividend | J | T | | | | | |
| 39.  --Growth Fund of America | A | Dividend | J | T | | | | | |
| 40.  --Investment Co. of America | A | Dividend | J | T | | | | | |
| 41.  --New Economy Fund | A | Dividend | J | T | | | | | |
| 42.  --New Perspective Fund | A | Dividend | J | T | | | | | |
| 43.  --Small Cap World Fund | A | Dividend | J | T | | | | | |
| 44.  --Washington Mutual Investors Fund | A | Dividend | J | T | | | | | |
| 45.  Beneficiary IRA #2 (H) | | | | | | | | | |
| 46.  --Stifel Nicolaus Cash Account | A | Dividend | J | T | | | | | |
| 47.  --Accenture | A | Dividend | J | T | | | | | |
| 48.  --Aqua America | A | Dividend | J | T | | | | | |
| 49.  --Automatic Data Processing | A | Dividend | J | T | | | | | |
| 50.  --Baxter Int'l | A | Dividend | J | T | | | | | |
| 51.  --Becton Dickinson | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ozerden, Halil S. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Church & Dwight Co. | A | Dividend | J | T | | | | | |
| 53. --Chubb, Lltd | A | Dividend | J | T | | | | | |
| 54. --Coca Cola Co. | A | Dividend | J | T | | | | | |
| 55. --Costco | A | Dividend | J | T | | | | | |
| 56. --Emerson Electric | A | Dividend | J | T | | | | | |
| 57. --General Mills | A | Dividend | J | T | | | | | |
| 58. --Genuine Parts Co. | A | Dividend | J | T | | | | | |
| 59. --Johnson & Johnson | A | Dividend | J | T | | | | | |
| 60. --McDonald's Corp. | A | Dividend | | | Sold | 07/15/19 | J | B | |
| 61. --Medtronic | A | Dividend | J | T | | | | | |
| 62. --Microsoft | A | Dividend | J | T | | | | | |
| 63. --Pepsico | A | Dividend | J | T | | | | | |
| 64. --Pfizer | A | Dividend | J | T | | | | | |
| 65. --Proctor & Gamble | A | Dividend | J | T | | | | | |
| 66. --Qualcomm | A | Dividend | J | T | | | | | |
| 67. --Raytheon | A | Dividend | J | T | | | | | |
| 68. --Smucker JM Co. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ozerden, Halil S. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Stanley Black & Decker | A | Dividend | J | T | | | | | |
| 70. --Starbucks | A | Dividend | J | T | | | | | |
| 71. --Sysco Corp. | A | Dividend | J | T | | | | | |
| 72. --3M Co. | A | Dividend | J | T | | | | | |
| 73. --Union Pacific | A | Dividend | J | T | | | | | |
| 74. --United Technologies | A | Dividend | J | T | | | | | |
| 75. --UnitedHealth Group | A | Dividend | J | T | | | | | |
| 76. --Walmart Inc. | A | Dividend | J | T | | | | | |
| 77. --Walgreens Boots Alliance | A | Dividend | | | Sold | 04/02/19 | J | | |
| 78. --Praxair/Linde PLC | A | Dividend | J | T | | | | | |
| 79. --Illinois Tool Works | A | Dividend | J | T | | | | | |
| 80. --Merck & Co. | A | Dividend | J | T | | | | | |
| 81. --General Dynamics Corp. | A | Dividend | J | T | Buy | 07/15/19 | J | | |
| 82. Beneficiary IRA #3 (H) | | | | | | | | | |
| 83. --Powershares/INVESCO DWA Momentum ETF | A | Dividend | J | T | Sold (part) | 05/01/19 | J | A | |
| 84. --Powershares/INVESCO S&P 500 ETF | A | Dividend | K | T | Buy (add'l) | 05/01/19 | J | | |
| 85. | | | | | Sold (part) | 11/01/19 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ozerden, Halil S.** | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   --Rollins, Inc. | A | Dividend | | | Sold | 05/01/19 | J | A | |
| 87.   --Helen of Troy | A | Dividend | | | Sold | 01/10/19 | J | A | |
| 88.   --Inphi Corp. (Y) | | | | | | | | | |
| 89.   --Revlon | A | Dividend | | | Sold | 03/05/19 | J | | |
| 90.   --Intuitive Surgical | A | Dividend | | | Sold | 04/18/19 | J | | |
| 91.   --Merit Medical Syst. | A | Dividend | | | Sold | 04/18/19 | J | | |
| 92.   --Molina Health | A | Dividend | | | Sold | 04/15/19 | J | | |
| 93.   --Encompass Health | A | Dividend | | | Sold | 02/27/19 | J | | |
| 94.   --Church & Dwight Co. | A | Dividend | | | Sold | 10/14/19 | J | A | |
| 95.   --Dexcom, Inc. | A | Dividend | | | Sold | 03/26/19 | J | | |
| 96.   --Sleep Number Corp. | A | Dividend | | | Sold | 04/26/19 | J | | |
| 97.   --Kirkland Lake Gold | A | Dividend | | | Sold | 05/02/19 | J | A | |
| 98.   --Royal Gold | A | Dividend | | | Sold | 05/02/19 | J | | |
| 99.   --Seabridge Gold, Inc. | A | Dividend | | | Sold | 03/29/19 | J | A | |
| 100.  --SSR Mining Co. | A | Dividend | | | Sold | 05/02/19 | J | | |
| 101.  --Casella Waste Sys., Inc. | A | Dividend | | | Sold | 03/27/19 | J | A | |
| 102.  --US Ecology | A | Dividend | | | Sold | 02/07/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ozerden, Halil S. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  --Waste Connections | A | Dividend | | | Sold | 01/31/19 | J | A | |
| 104. | A | Dividend | | | Buy | 03/25/19 | J | | |
| 105. | | | | | Sold | 08/02/19 | J | A | |
| 106.  --Anglo Gold | A | Dividend | | | Sold | 05/02/19 | J | | |
| 107.  --Berry Global | A | Dividend | | | Sold | 05/14/19 | J | | |
| 108.  --California Water Service Group | A | Dividend | | | Sold | 06/18/19 | J | A | |
| 109.  --Companhia Basico | A | Dividend | | | Buy | 02/08/19 | J | | |
| 110. | | | | | Sold | 03/04/19 | J | | |
| 111. | A | Dividend | | | Buy | 08/02/19 | J | | |
| 112. | | | | | Sold | 09/26/19 | J | | |
| 113.  --Masimo Corp. | A | Dividend | | | Buy | 02/27/19 | J | | |
| 114. | | | | | Sold | 04/18/19 | J | A | |
| 115.  --Aqua Metals | A | Dividend | | | Buy | 03/05/19 | J | | |
| 116. | | | | | Sold | 03/25/19 | J | | |
| 117.  --Clorox | A | Dividend | | | Buy | 03/05/19 | J | | |
| 118. | | | | | Sold | 05/02/19 | J | | |
| 119.  --Tenet Health | A | Dividend | | | Buy | 03/26/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ozerden, Halil S. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Sold | 04/18/19 | J | | |
| 121.  --Wheaton Precious Metals | A | Dividend | | | Buy | 04/01/19 | J | | |
| 122. | | | | | Sold | 05/02/19 | J | | |
| 123.  --Republic Services | A | Dividend | | | Buy | 04/05/19 | J | | |
| 124. | | | | | Sold | 04/18/19 | J | | |
| 125.  --Natera Inc. | A | Dividend | | | Buy | 04/17/19 | J | | |
| 126. | | | | | Sold | 04/18/19 | J | | |
| 127.  --Ciena Corp. | A | Dividend | | | Buy | 04/18/19 | J | | |
| 128. | | | | | Sold | 06/04/19 | J | A | |
| 129.  --Iridium Comms. | A | Dividend | | | Buy | 04/18/19 | J | | |
| 130. | | | | | Sold | 09/23/19 | J | | |
| 131.  --Motorola | A | Dividend | | | Buy | 04/18/19 | J | | |
| 132. | | | | | Sold | 12/17/19 | J | A | |
| 133.  --Ringcentral, Inc. | A | Dividend | | | Buy | 04/18/19 | J | | |
| 134. | | | | | Sold | 12/17/19 | J | A | |
| 135.  --Verizon Comms. | A | Dividend | | | Buy | 04/18/19 | J | | |
| 136. | | | | | Sold | 12/17/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ozerden, Halil S. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. --Ubiquiti Networks | A | Dividend | | | Buy | 04/08/19 | J | | |
| 138. | | | | | Sold | 08/09/19 | J | | |
| 139. --Waste Management | A | Dividend | | | Buy | 04/18/19 | J | | |
| 140. | | | | | Sold | 11/01/19 | J | A | |
| 141. --Tempur Sealy | A | Dividend | J | T | Buy | 04/26/19 | J | | |
| 142. --Huazhu Group | A | Dividend | | | Buy | 05/02/19 | J | | |
| 143. | | | | | Sold | 05/14/19 | J | | |
| 144. --Planet Fitness | A | Dividend | | | Buy | 05/02/19 | J | | |
| 145. | | | | | Sold | 09/10/19 | J | | |
| 146. --Pool Corp. | A | Dividend | J | T | Buy | 05/02/19 | J | | |
| 147. --World Wrestling Ent. | A | Dividend | | | Buy | 05/02/19 | J | | |
| 148. | | | | | Sold | 05/13/19 | J | | |
| 149. --Middleby Corp. | A | Dividend | | | Buy | 05/03/19 | J | | |
| 150. | | | | | Sold | 05/17/19 | J | A | |
| 151. --American STS Water Co. | A | Dividend | J | T | | | | | |
| 152. --Middlesex Water Co. | A | Dividend | | | Sold | 11/08/19 | J | A | |
| 153. --Ctrip.com | A | Dividend | | | Buy | 05/10/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ozerden, Halil S. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 05/29/19 | J | | |
| 155.  --Hilton Holdings | A | Dividend | J | T | Buy | 05/13/19 | J | | |
| 156.  --Norwegian Cruise Lines | A | Dividend | | | Buy | 05/14/19 | J | | |
| 157. | | | | | Sold | 07/29/19 | J | | |
| 158.  --Front Door, Inc. | A | Dividend | | | Buy | 05/14/19 | J | | |
| 159. | | | | | Sold | 11/01/19 | J | A | |
| 160.  --Winnebago Industries | A | Dividend | | | Buy | 05/29/19 | J | | |
| 161. | | | | | Sold | 09/04/19 | J | | |
| 162.  --Viasat, Inc. | A | Dividend | | | Buy | 06/04/19 | J | | |
| 163. | | | | | Sold | 09/24/19 | J | | |
| 164.  --Five Below, Inc. | A | Dividend | | | Buy | 05/07/19 | J | | |
| 165. | | | | | Sold | 07/02/19 | J | | |
| 166.  --Sea World Ent., Inc. | A | Dividend | | | Buy | 07/29/19 | J | | |
| 167. | | | | | Sold | 09/10/19 | J | | |
| 168.  --E L F Beauty, Inc. | A | Dividend | | | Buy | 07/02/19 | J | | |
| 169. | | | | | Sold | 11/15/19 | J | A | |
| 170.  --Live Nation Ent., Inc. | A | Dividend | | | Buy | 09/04/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ozerden, Halil S.** | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Sold | 11/08/19 | J | | |
| 172.  --Funko, Inc. | A | Dividend | | | Buy | 09/10/19 | J | | |
| 173. | | | | | Sold | 09/24/19 | J | | |
| 174.  --Intelsat SA | A | Dividend | | | Buy | 09/23/19 | J | | |
| 175. | | | | | Sold | 11/14/19 | J | | |
| 176.  --SBA Comms Corp. | A | Dividend | | | Buy | 09/24/19 | J | | |
| 177. | | | | | Sold | 12/17/19 | J | | |
| 178.  --Whirlpool Corp. | A | Dividend | | | Buy | 10/14/19 | J | | |
| 179. | | | | | Sold | 11/18/19 | J | | |
| 180.  --Roku, Inc. | A | Dividend | | | Buy | 12/17/19 | J | | |
| 181. | | | | | Sold | 12/31/19 | J | | |
| 182.  --Miller Herman, Inc. | A | Dividend | J | T | Buy | 08/08/19 | J | | |
| 183.  --Choice Hotels, Inc. | A | Dividend | J | T | Buy | 09/12/19 | J | | |
| 184.  --Tetra Tech, Inc. | A | Dividend | J | T | Buy | 09/26/19 | J | | |
| 185.  --Clean Harbors, Inc. | A | Dividend | J | T | Buy | 11/01/19 | J | | |
| 186.  --Callaway Golf Co. | A | Dividend | J | T | Buy | 11/08/19 | J | | |
| 187.  --Energizer Holdings, Inc. | A | Dividend | J | T | Buy | 11/15/19 | J | | |

| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ozerden, Halil S.** | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  --La-Z-Boy, Inc. | A | Dividend | J | T | Buy | 11/18/19 | J | | |
| 189.  --Gray Television, Inc. | A | Dividend | J | T | Buy | 12/17/19 | J | | |
| 190.  --Liberty Broadband Corp. | A | Dividend | J | T | Buy | 12/17/19 | J | | |
| 191.  --Echostar Corp. | A | Dividend | J | T | Buy | 12/17/19 | J | | |
| 192.  --Thomson Reuters Corp. | A | Dividend | J | T | Buy | 12/17/19 | J | | |
| 193.  --S&P Global, Inc. | A | Dividend | J | T | Buy | 12/31/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ozerden, Halil S.** | 05/04/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Halil S. Ozerden**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544